Caroga Lumber Company, Respondent, v. James Y. Fulton and Others, Appellants.— Judgment unanimously affirmed, with costs.

Catherine Clute, as Administratrix with the Will Annexed of William Clute, Deceased, Respondent, v. Mary B. Clute and Others, Appellants.— Judgment affirmed, with costs. All concurred, except Chester and Sewell, JJ., dissenting.

Arthur H. Crist, Appellant, v. Henry Hoffman, Respondent.— Judgment unanimously affirmed, with costs.

Adelbert B. Curtis, Respondent, v. Whiting G. Pomeroy, Individually and as Town Clerk of the Town of Tompkins, Delaware County, New York State, and the Town of Tompkins, Appellants, Impleaded with Others.— Judgment affirmed, with one bill of costs against the defendant town. All concurred, except Kellogg, J., dissenting; Sewell, J., not sitting.

Katharine Donovan, Respondent, v. The Village of Owego, Appellant.— Judgment and order unanimously affirmed, with costs.

Thomas H. Dwyer, Appellant, v. Arthur Scudder, Respondent.— Judgment unanimously affirmed, with costs.

George Burke Ely, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

Oscar Gregoire, by Joseph Gregoire, His Guardian ad Litem, Respondent, v. Walker & Williams Manufacturing Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Herbert L. Hildreth, Respondent, v. William Derrenbacher, Appellant.— Order unanimously affirmed, with costs.

Wilson W. Hover, Respondent, v. Lillian F. Magley, Appellant.— Judgment and order unanimously affirmed, with costs.

Mabel Jones, Respondent, v. The Farmers' National Bank of Hudson, Appellant, Impleaded with Alvin J. Belden and John A. Seeley, Individually and as Members of the Firm of Belden & Seeley, a Copartnership Formerly Composed of John A. Seeley and Alvin J. Belden, and Formerly Doing Business under the Firm Name and Style of Belden & Seeley, and Others.— Order affirmed, with ten dollars costs and disbursements. All concurred. Cochrane, J., not sitting.

Oliver C. Latimer, Respondent, v. Frank H. McKinnon, as Administrator, etc., of James R. Baumes, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Sewell, J., not voting.

George H. McDonald, Respondent, v. Fred Flint, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., and Sewell, J., dissenting.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, Respondents, to Acquire Real Estate for and on Behalf of the City of New York, under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof, in the Town of Olive, Ulster County, New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York (Ashokan Reservoir, Parcel No. 50, Section No. 2). Marshall Winn and Benjamin Van Steenburgh, Appellants.— Order unanimously affirmed, with costs.